450 A.2d 212

Commonwealth v. Waddy, Appellant.

624

Submitted May 5, 1982. Barry H. Oxenburg, for appellant;  Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, ROWLEY and CIRILLO, JJ.

Order affirmed.